1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10   SANTIAGO NIEVES,                          1:13-cv-00859-SKO (PC)

11              Plaintiff,                      ORDER TO FILE IN FORMA PAUPERIS
                                                APPLICATION ON FORM PROVIDED
12        v.                                    WITH ORDER

13   UNITED STATES OF AMERICA,                  (Doc. 2)

14              Defendant.                      FORTY-FIVE DAY DEADLINE
     _____/

15

16          Plaintiff, a federal prisoner proceeding pro se, filed this civil rights action pursuant to *Bivens*

17   *vs. Six Unknown Agents*, 403 U.S. 388 (1971) on June 4, 2013.  Plaintiff filed an application to

18   proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the form he used does not include the

19   requisite language acknowledging the fee will be deducted in increments from his trust account if

20   funds are available.  Therefore, Plaintiff shall sign and file the application form provided with this

21   order.  Plaintiff does not need to have the trust account officer complete the certification or submit a

22   trust account statement.  The application form he filed on June 4, 2013, is sufficient with respect to

23   those requirements.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.      The Clerk's Office shall send Plaintiff the form for application to proceed in forma

26                  pauperis used by this court; and

27          2.      Within **forty-five (45) days** of the date of service of this order, Plaintiff shall sign and

28                  file the application to proceed in forma pauperis; and

     ///

1    3.    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4    **Dated:    June 7, 2013                           /s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28