# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO NIEVES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:13-cv-00859-AWI-SKO PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 4) |

　　　　Plaintiff Santiago Nieves, a federal prisoner proceeding pro se, filed this civil rights action on June 4, 2013.  On June 7, 2013, the Court issued an order requiring Plaintiff to file an application to proceed in forma pauperis on the form provided with the order, within forty-five days.  More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Plaintiff was warned that dismissal would occur if he failed to obey the order.

　　　　A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate.  *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

　　　　Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:　October 22, 2013　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE